## * * * * * UNITED STATES DISTRICT COURT * * * * *

### NORTHERN DISTRICT OF NEW YORK

JUDGMENT IN A CIVIL CASE

DOCKET NO. 6:04-CV-0022 (LEK/DEP)

RICARDO BALLS-RUIZ,

           Plaintiff,

v.

JO ANNE B. BARNHART, Commissioner
of Social Security,

           Defendant.

____ JURY VERDICT. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__XX__ DECISION by COURT. This action came to trial or hearing before the Court. The issues have been tried and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the Report-Recommendation of the Honorable David E. Peebles, dated January 25, 2006, is APPROVED and ADOPTED in its ENTIRETY; IT IS FURTHER ORDERED, that in the above entitled action, the case is DISMISSED in favor of the Plaintiff and against the Defendant and the Commissioner's decision denying disability benefits is REVERSED and Plaintiff's motion for a finding of disability is GRANTED in accordance with the DECISION AND ORDER of the Honorable Lawrence E. Kahn, U. S. District Judge, dated March 28, 2006.

DATE: March 28, 2006

*LAWRENCE K. BAERMAN*
CLERK OF THE COURT

Lawrence E. Kahn
U.S. District Judge